# ARREST / NOTICE TO APPEAR
## Juvenile Referral Report

**OBTS Number:** 0425374  P-261
Rough Arrest Only: ☐

**Agency ORI Number:** FL0500700
**Agency Name:** RIVIERA BEACH POLICE DEPARTMENT
**Agency Report Number:** 84- 16-05904

1. Arrest ☑  3. Request for Warrant
2. N.T.A.  4. Request for Capias
Juvenile: N

**Charge Type** (Check as many as apply):
☑ 1. Felony  ☐ 3. Misdemeanor  ☐ 5. Ordinance
☐ 2. Traffic Felony  ☐ 4. Traffic Misdemeanor  ☐ 6. Other

**Weapon Seized/Type:** 1. Yes  2. No → 1
**Multiple Clearance Indicator:** 03

**Location of Arrest:** [redacted]
**Location of Offense:** [redacted]

**Date of Arrest:** 07-17-2016
**Time of Arrest:** 0500
**Booking Date:** —
**Booking Time:** —
**Jail Date:** —
**Jail Time:** —
**Location of Vehicle:** —

### Defendant

**Name (Last, First, Middle):** Mann, Andre
**Alias:** —
**Race:** B  **Sex:** M  **DOB:** [redacted]
**Height:** 6'0  **Weight:** 160
**Eye Color:** Brown  **Hair Color:** Black
**Complexion:** Medium  **Build:** Medium
**Scars, Marks, Tattoos:** Scars on both arms
**Marital Status:** Single  **Religion:** Baptist
**Indication of:** Alcohol Influence — Drug Influence —
**Local Address:** [redacted]
**Residence Type:** 1 (City)
**Permanent Address:** N/A
**Address Source:** Defendant
**Business Address:** N/A
**Occupation:** Unemployed
**D/L Number, State:** None
**Soc. Sec. Number:** Unknown
**INS Number:** —
**Place of Birth:** Palm Beach County
**Citizenship:** US

### Co-Defendant

**Co-Defendant Name:** Kabian Caldwell
**Race:** B  **Sex:** M  **DOB:** [redacted]
☑ 1. Arrested  ☑ 3. Felony

### Juvenile

HOLD  1- none  2- none

### Charges

**Charge Description:** Armed Sexual Battery
**Counts:** 1  **Domestic Violence:** No
**Statute Violation Number:** 794.011(3)
**Violation of ORD #:** N/A
**Drug Activity:** N  **Drug Type:** N  **Amount/Unit:** None
**Offense #:** 16-05904
**Warrant/Capias Number:** N/A
**Bond:** N/A

**Charge Description:** Armed Robbery
**Counts:** 1  **Domestic Violence:** No
**Statute Violation Number:** 812.13(2b)
**Violation of ORD #:** N/A
**Drug Activity:** N  **Drug Type:** N  **Amount/Unit:** None
**Offense #:** 16-05904
**Warrant/Capias Number:** N/A
**Bond:** N/A

**Charge Description:** False Imprisonment
**Counts:** 1  **Domestic Violence:** No
**Statute Violation Number:** 787.02(1a)
**Violation of ORD #:** N/A
**Drug Activity:** N  **Drug Type:** N  **Amount/Unit:** None
**Offense #:** 16-05904
**Warrant/Capias Number:** N/A
**Bond:** N/A

### Notice to Appear

☐ Instruction No. 1 — Mandatory Appearance in Court
☐ Instruction No. 2 — You need not appear in Court but must comply with instructions on reverse side.

### Admin

**Name of Arresting Officer (Print):** Det. B. Weiner  **I.D. #:** 5790
**Transporting Officer:** Ofc. Sackie-Mensah  **I.D. #:** 6324  **Agency:** RBPD
Intake Deputy: I. Hamricks
SCANNED  JUL 18 2016
Sackie-Mensah

**PROBABLE CAUSE AFFIDAVIT**

| | |
|---|---|
| OBTS Number | |
| Agency ORI Number: FL0500700 | Agency Name: RIVIERA BEACH POLICE DEPARTMENT |
| Agency Report Number: 84-16-05904 | |

1. Arrest   3. Request For Warrant
2. NTA      4. Request for Capias

Charge Type: ☒ 1. Felony   ☐ 3. Misdemeanor   ☐ 5. Ordinance
              ☐ 2. Traffic Felony  ☐ 4. Traffic Misdemeanor  ☐ 6. Other

**Defendant:** MANN, ANDRE
Race: B  Sex: M

**Charge Descriptions:**
- ARMED SEXUAL BATTERY
- ROBBERY WITH A DEADLY WEAPON
- FALSE IMPRISONMENT

**Victim:** [redacted]  Race: W  Sex: F
Address Source: VERBAL
Business Address: SAME AS ABOVE

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person in custody:

☒ was found to have committed the below acts, resulting from my (described) investigation

On the 17TH day of JULY, 2016 at 05:00 ☒ A.M.

**PROBABLE CAUSE STATEMENT**

In the city of Riviera Beach, Palm Beach County, State of Florida, The following incident occurred:

On July 17th 2016 Detective Weiner and Detective Aguirre responded to 901 45th Street, St. Mary's Hospital in reference to a sexual assault. Detective Weiner made contact with victim, [redacted]. Detective Weiner conducted a sworn recorded interview with [redacted]. The following is a summary of the interview and not purported verbatim unless otherwise noted:

[redacted] said that she had a personal ad on "back page" for her personal escort service. [redacted] said that a male called her around 11:00 p.m. on July 16th 2016. And said that he wanted to pay for 30 minutes of her services. [redacted] agreed and told him it would be $150.
The male then texted her his address. [redacted] had her roommate, [redacted], drive her to the male's residence, but he was unable to locate the residence. [redacted] called the male who directed him to the house.

Once [redacted] arrived at the house a light skinned black male, later identified as, Kabian Caldwell [redacted] was waiting outside and directed [redacted] inside of a small, one bedroom apartment home. [redacted] said that as soon as she walked through the door Mr. Caldwell pushed her on bed and hit her in her face. Another male who had a darker, skin complexion and thin built came from the rear of the residence and told [redacted] if she did not do what they said, they were going to kill her. He then hit her in the face. [redacted] said that both males took off her dress forcefully and then Mr. Caldwell forced [redacted] head onto his penis and ordered her to give him oral sex.

[redacted] complied and begged the males to calm down. Mr. Caldwell then told [redacted] to bend over on the bed. Mr. Caldwell then put on a condom and put his penis inside her vagina. During the sexual assault [redacted] said that she was yelling for help and begging the men to stop. [redacted] said that during the assault the dark skinned male had a pocket-type, flip knife and was running it up and down her body as he was videotaping the sexual act with a cell phone. The males also told [redacted] they had a gun and were passing a backpack back and forth to each other as if a gun was inside

SWORN AND SUBSCRIBED BEFORE ME
SGT. J. BLUHM # 4151
NOTARY PUBLIC / CLERK OF COURT / OFFICER (F.S.S. 117.10)
07-17-2016
DATE

SIGNATURE OF ARRESTING / INVESTIGATING OFFICER
Detective B. WEINER 5750
07-17-2016
DATE

SCANNED JUL 18 2016

PAGE 1 of 4

*NOT A CERTIFIED COPY*

# PROBABLE CAUSE AFFIDAVIT

**Agency ORI Number:** FL0500700
**Agency Name:** RIVIERA BEACH POLICE DEPARTMENT
**Agency Report Number:** 84 - 16-05904

**Charge Type:** ☑ Felony

**Defendant Name:** MANN, ANDRE
**Race:** B  **Sex:** M

**Charge Description:** ARMED SEXUAL BATTERY
**Charge Description:** ROBBERY WITH A DEADLY WEAPON
**Charge Description:** FALSE IMPRISONMENT

**Victim Race:** W  **Sex:** F
**Address Source:** VERBAL
**Business Address:** SAME AS ABOVE

☒ was found to have committed the below acts, resulting from my (described) investigation

On the 17TH day of JULY 2016 at 05:00 ☒ A.M.

## Probable Cause Statement

_____ said that she was afraid for her life and offered the males money. She told the males that she would call her roommate and tell him to bring money. The males then started to look through her purse but _____ had no money. Both of the males then demanded Ms. Moreland to take off her rings. _____ said that she pulled off her rings with force from her fingers because they had been on her hand for many years. _____ said that both males were beating her badly and threatening to kill her if she didn't give them money. _____ said that she kept trying to get out the front door but the males would not allow her to leave and continuously hit her and threatened to kill her.

After about 40 minutes of _____ being inside the residence, _____ called her to see when she would be done. _____ told _____ that he needed to bring her money because the males wouldn't let her leave and were holding her in the residence against her will. _____ said he got out of his car and walked up to the residence. As he was walking toward to the residence, _____ came running outside with no shoes on and crying. _____ said that _____ face appeared to have been beaten. _____ then went down the street and called the police.

When officer Menard and Officer Culver arrived on scene the victim showed the Officers where the house was located. When the Officers approached the house (2) males walked outside of a small back apartment. The males were identified as Andre Mann _____ and Kavian Caldwell _____. Both males matched the description _____ gave to Officers and both subjects were detained pending investigation. Mr. Mann said that he lives at the residence _____ in the efficiency apartment in the rear of the residence.

_____ was shown a photographic lineups of both individuals. _____ picked out the subject in photograph# 4 as the male who raped her. The male in photograph #4 is Kavian Caldwell. When shown the other line up _____ was unsure and said either the male in photograph #1 or #5, the male in photograph #1 is Andre Mann _____.

**SWORN AND SUBSCRIBED BEFORE ME**
07-17-2016
DATE

**SIGNATURE OF ARRESTING / INVESTIGATING OFFICER**
Detective B. WEINER 5750
07-17-2016
DATE

PAGE 2 of 4

SCANNED JUL 18 2016

**PROBABLE CAUSE AFFIDAVIT**

| | |
|---|---|
| OBTS Number: | 1. Arrest  3. Request For Warrant |
| Agency Ori Number: FL0500700 | 2. N.T.A  4. Request For Capias |
| Agency Name: RIVIERA BEACH POLICE DEPARTMENT | Agency Report Number: 84- 16-05904 |
| Charge Type: 1. ☒ Felony  2. ☐ Traffic Felony  3. ☐ Misdemeanor  4. ☐ Traffic Misdemeanor  5. ☐ Ordinance  6. ☐ Other | JUVENILE: N |

**DEFENDANT**
Name (Last, First, Middle): MANN, ANDRE
Race: B   Sex: M   Date Of Birth: [redacted]

**CHARGES**
- ARMED SEXUAL BATTERY
- ROBBERY WITH A DEADLY WEAPON
- FALSE IMPRISONMENT

**VICTIM**
Name: [redacted]   Race: W   Sex: F   Date of Birth: [redacted]
Local Address: [redacted]
Address Source: VERBAL
Business Address: SAME AS ABOVE

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person in custody...
☒ was found to have committed the below acts, resulting from my (described) investigation

On the 17TH day of JULY, 2016 at 05:00 ☒ A.M. ☐ P.M. (Specifically include facts constituting cause for arrest.)

Detective Weiner observed that [redacted] had several scratches and bruises on her face. [redacted] also had a wound on her left leg consistent with a stab wound. [redacted] showed Detective Weiner her injured finger. [redacted] had to force the rings off of her fingers when the suspects demanded them. On several of [redacted] fingers there is a deep red line consistent with [redacted] having to use force to get the rings off of her finger.

Detective Weiner interviewed [redacted] who said that he dropped [redacted] off at [redacted] and waited across the street for 30 minutes to pick her up. [redacted] said that after about 40 minutes passed he called [redacted]. [redacted] answered and told him that the guys weren't going to let her leave and that she needed him to bring $200. [redacted] said that he heard a male's voice in the background saying "what you got?" [redacted] said he hung up the phone and walked towards the residence when [redacted] came running outside crying with no shoes.

Detective Aguirre conducted a sworn recorded statement with Mr. Mann. The following is a summary of the statement and not purported verbatim unless noted.

Mr. Mann said that his friend, Mr. Caldwell contacted [redacted] on his cellphone from his phone in an application called "pinguer" and told [redacted] to come by the residence. When [redacted] arrived at the residence she appeared as if she were drunk and started dancing for Mr. Caldwell. [redacted] then grabbed Mr. Caldwell's hand and stuck it inside of her vagina. Mr. Caldwell told [redacted] that her vagina was "bap" (street terminology for no good). At that point, [redacted] became upset and told them that she was there to make money and demanded to get paid. [redacted] then attempted to try and steal items from the residence. At that time Mr. Mann admitted to punching [redacted] in her face. [redacted] then walked out of the residence mumbling. Mr. Mann followed [redacted] outside the residence and saw [redacted] waiting for her, so he went back inside. Mr. Mann denied that either he or Mr. Caldwell had any type of sex with [redacted].

Detective Aguirre also interviewed Mr. Caldwell, the following is a summary of the interview and not purported verbatim until otherwise noted.

SWORN AND SUBSCRIBED BEFORE ME
[signature] #4151
NOTARY PUBLIC / CLERK OF COURT / OFFICER (F.S.S. 117.10)
DATE: 07-17-2016

SCANNED JUL 18 2016

SIGNATURE OF ARRESTING / INVESTIGATING OFFICER
Detective B. WEINER 5750
NAME OF OFFICER (PLEASE PRINT)
DATE: 07-17-2016

PAGE 3 of 4

# PROBABLE CAUSE AFFIDAVIT

| | |
|---|---|
| CBTS Number | 1. Arrest  3. Request for Warrant  2. NTA  4. Request for Capias — 1  JUVENILE N |
| Agency ORI Number: FL0500700 | Agency Name: RIVIERA BEACH POLICE DEPARTMENT | Agency Report Number: 84 - 16-05904 |
| Charge Type (Check As Many As Apply): 1 ☒ Felony  2 ☐ Traffic Felony  3 ☐ Misdemeanor  4 ☐ Traffic Misdemeanor  5 ☐ Ordinance  6 ☐ Other | Special Notes |

**DEF** Name (Last, First, Middle): MANN ANDRE — Race: B, Sex: M, Date of Birth: [redacted]

**CHARGE**
- Charge Description: ARMED SEXUAL BATTERY
- Charge Description: ROBBERY WITH A DEADLY WEAPON
- Charge Description: FALSE IMPRISONMENT

**VICTIM** Name: [redacted] — Race: W, Sex: F
Local Address: [redacted] — Address Source: VERBAL
Business Address: SAME AS ABOVE

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person in custody …

☐ committed the below acts in my presence
☐ confessed to ____ admitting the below facts
☐ was observed by ____ who told ____ that he/she saw the arrest person commit the below acts.
☒ was found to have committed the below acts, resulting from my (described) investigation

On the 17TH day of JULY, 2016 at 05:00 ☒ A.M. ☐ P.M. (Specifically include facts constituting cause for arrest.)

Mr. Caldwell said that Mr. Mann was the one who called [redacted] to the residence. Mr. Caldwell said that it appeared as if Mr. Mann had contact with her previously by the way he was speaking on the phone. Ms. Caldwell said that when [redacted] came to the residence she smelled like an alcoholic beverage. According to Ms. Caldwell, [redacted] grabbed his hand and put it in her vagina and that he told her it was "bap".

[redacted] then told him that she came there to make money and then started to "seduce" Mr. Caldwell. At one point [redacted] pulled down his shorts and put her vagina on his penis. Mr. Caldwell also said that at one point [redacted] put Mr. Mann's penis in her mouth. [redacted] then became upset because she [redacted] any money. Mr. Caldwell said that it appeared as if [redacted] was trying to take items from the residence. Mr. Caldwell said that Mr. Mann punched [redacted] and when she was trying to fight him back he stabbed her with either a pen or a fork in the leg. [redacted] then walked out of the residence where [redacted] was waiting. Mr. Caldwell said that [redacted] tried to grab something from the car and he thought it might be a gun, so he went inside.

Detective Aguirre then questioned Mr. Caldwell about [redacted] rings. Mr. Caldwell said that her rings were on top of Mr. Mann's dresser and that [redacted] took off her rings to fight Mr. Mann. While conducting a search of Mr. Caldwell's person Detective Ramsey observed a small pocketknife located in his pocket, this will be placed into evidence.

A search warrant was executed at the residence, [redacted] (efficiency behind the residence). The following items were located inside of Mann's residence: (2) pairs of blue sandals, [redacted] identification card, [redacted] earring and (2) rings were inside a small box on top of Mann's night stand. Another ring and bracelet were located on top of Mr. Mann's dresser. A pocket knife was also located inside the microwave and a used condom and (2) condom wrappers were inside the garbage can.

In reference to this case Andre Mann and Kabian Caldwell had inconsistent stories in reference to the events which took place. [redacted] gave a sworn statement and had significant injuries to her face and body. Both Andre Mann and Kabian Caldwell were arrested and charged with, Sexual Battery with a Weapon, False Imprisonment, and Robbery with a weapon.

SWORN AND SUBSCRIBED BEFORE ME
NOTARY PUBLIC / CLERK OF COURT / OFFICER (F.S.S. 117.10)
Date: 07-17-2016

SIGNATURE OF ARRESTING / INVESTIGATING OFFICER
Detective B. WEINER 5750
NAME OF OFFICER (PLEASE PRINT)
Date: 07-17-2016

SCANNED JUL 18 2016

Page 4 of 4

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA - CRIMINAL DIVISION
CIRCUIT/COUNTY COURT
Court Event Form

DEFENDANT: ANDRE LAWADE MANN
CASE NO: 50-2016-CF-007190-AXXX-MB

| | |
|---|---|
| STATE OF FLORIDA | DATE: 5/31/2018 |
| vs. | |
| DEFENDANT: ANDRE LAWADE MANN | JACKET #: 0425594 |
| CASE NO: 50-2016-CF-007190-AXXX-MB | BOOKING #: 2016025128 |
| DIVISION: V: Felony - V (Circuit) | |
| | |
| PRESIDING JUDGE: KASTRENAKES, JUDGEJOHN S | START TIME: 3:58 PM |
| ASA: WILENSKY, JO | END TIME: 5:50 PM |
| ATTORNEY: | |
| PUBLIC DEFENDER: JONES, MAURISSA | |
| CO-COUNSEL: | COURT REPORTER |
| DEPUTY CLERK: BB | COURT TYPE: JT - JURY TRIAL |

Reprocessed
Reset For
Court Date Scheduled - JT - JURY TRIAL - 6/1/2018 9:30 AM - 11H (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401

Other: DEFENDANT PRESENT AND IN CUSTODY
Other: REPROCESSED- CASE COMPLETED IN ERROR- TRIAL NOTES AND TRIAL ARE BEING CONTINUED AT THIS TIME- 10:48AM
Trial Notes Were Added

Count 1 - FL SEXUAL BATTERY (DEADLY WEAPON/PHYSICAL FORCE) 794.011(3)

Count 2 - FL SEXUAL BATTERY (DEADLY WEAPON/PHYSICAL FORCE) 794.011(3)

Count 3 - FF ROBBERY WITH A DEADLY WEAPON 812.13(12A)

Count 4 - FT FALSE IMPRISONMENT 787.02(2)

NOT A CERTIFIED COPY

***FILED: PALM BEACH COUNTY, FL SHARON R BOCK, CLERK 05/31/2018 05:50:35 PM***